[No. 30846. Department One. August 12, 1949.]

Roy F. Southwick, *as Executor, Appellant*, v. DeWitt Charles Southwick *et al., Respondents.*[1]

*Gordon McGauvran (Everett O. Butts,* of counsel), for appellant.

*Lee L. Newman,* for respondents.

Per Curiam—This is the companion case referred to in our opinion in *Southwick v. Southwick, ante* p. 464, 208 P. (2d) 1187.

For the reasons stated in that opinion, the decree appealed from in this action is affirmed.